LILLIAN LERNER, Respondent, v. FIRST NATIONAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

JOE LETIZIA, Respondent, v. MARC EIDLITZ & SON, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

BERTHA GIORDANO and Others, Respondents, v. POSTAL TELEGRAPH-CABLE CO., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Martin and Glennon, JJ., dissent and vote for reversal and dismissal of the complaint.

CATERINA PALUMBO, Appellant, v. CARLO DOYNO, all of the Heirs and Next of Kin of GENARO DOYNO, Deceased, Respondent, Impleaded with Others.— Judgment affirmed, with costs to respondent Carlo Doyno. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN SISO SUAREZ, Respondent, v. LA PRENSA, INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present.— Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CHARLES A. KANIN and Others, Appellants, v. INTERNATIONAL TRUST COMPANY, Formerly Known as INTERNATIONAL GERMANIC TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RUSSEKS FIFTH AVENUE, INC., Appellant, Respondent, v. THE AETNA CASUALTY AND SURETY COMPANY, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE FETTNER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

RIVERPLATE REALTY CORPORATION, Respondent, v. GOWIN UNITED COMPANIES and Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BERNARD KRONTHAL, Appellant, v. DODGE MOTORS NEW YORK, INC., and Others, Respondents, Impleaded with Another.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STANLEY D. WINDERMAN, Respondent, v. HARRY NEIMAN and Others, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.